**Anna Juliano et al., Plaintiffs, v. Fred Feibel, Jr. et al., Defendants and Counter-Plaintiffs below, Appellees. On Appeal of Frank Votava, Plaintiff and Counter-Defendant below, Appellant.**

**Gen. No. 45,286.**

Eugene Lieberman, for appellant; John R. Kotlar, and Barnie E. Frankel, for appellees. Opinion by Presiding Justice Burke. Not to be published in full. Opinion filed May 9, 1951; released for publication July 5, 1951.